1 | **Alexander B. Trueblood**, Cal. Bar No. 150897
Email: Abtlaw@Earthlink.net
2 | TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
3 | Los Angeles, California 90024
Telephone (310) 443-4139; Fax (310) 234-4023

**JS-6**
E-FILED: 6/23/2008

**Robert Stempler**, Cal. Bar No. 160299
Email: StemplerLaw@Gmail.com
CONSUMER AND TAX LAW OFFICE OF
ROBERT STEMPLER, APLC
3400 Inland Empire Boulevard, Suite 101
Ontario, California 91764-5577
Telephone (909) 972-6841; Fax (909) 433-2132

Co-Counsel for Plaintiff, STEVEN S. KIM

**Tomio B Narita**, Cal. Bar No. 156576
**Jeffrey A. Topor**, Cal. Bar No. 195545
SIMMONDS & NARITA, LLP
44 Montgomery St, Ste 3010
San Francisco, California 94104-4816
Telephone (415) 283-1000; Facsimile (415) 352-2625

Counsel for Defendants
　　PMGI, LLC; KENOSIAN & MIELE, LLP;
　　KENNETH J. MIELE; JOHN P. KENOSIAN;
　　ARASH KHAKSHOOY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN S. KIM, | Case Number CV-07-5267-GHK (JCx) |
| 　　　　Plaintiff, | ORDER ON STIPULATION DISMISSING ENTIRE ACTION |
| vs. | |
| PMGI, LLC; et al.; | |
| 　　　　Defendants. | |

- 1 -

1
2      Pursuant to the stipulation of the parties, by their counsel of record, the
3 Court ORDERS THAT the entire action is hereby dismissed with prejudice and
4 that any matters on calendar for this action are to be taken off calendar.
5
6      IT IS SO ORDERED.
7
8 DATED:    6/23/08_
9                                          GEORGE H. KING
                                         United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28